**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Shawn A. Atencio and Melissa Atencio<br>  dba  Atencio Tile<br>      Debtor(s) | Case No.: 07−51484 ASW 13<br>Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

    **Notice is given** that an order was filed on 12/11/2007 dismissing the above−captioned case.

Dated: 12/11/07                                  For the Court:

                                                             Gloria L. Franklin
                                                             Clerk of Court
                                                             United States Bankruptcy Court

Doc # 45

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-5           User: jdustin              Page 1 of 2              Date Rcvd: Dec 11, 2007
Case: 07-51484                 Form ID: DOC               Total Served: 56
```

The following entities were served by first class mail on Dec 13, 2007.
```
db         +Shawn A. Atencio,    1480 Amber Ct.,    Gilroy, CA 95020-4700
jdb        +Melissa Atencio,    1480 Amber Ct.,    Gilroy, CA 95020-4700
smg         CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
             Sacramento, CA 94280-0001
smg         Secretary of The Treasury,    15th and Pennsylvania Ave. NW,    Washington, DC 20220-0001
smg        +State Board of Equalization,    Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,
             Sacramento, CA 94279-0001
cr         +AMC Mortgage Services Inc servicer for Argent Mort,    c/o Buchalter Nemer,
             18400 Von Karman Ave.,    Suite 800,    Irvine, CA 92612-0514
cr          Household Bank (SB) N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd Ste 200,
             Tucson, AZ 85712-1083
8778742    +AMC Mortgage,    P.O. Box 5926,    Carol Stream, IL 60197-5926
8787980    +AMC Mtg. Srvces servicer for Argent Mtg. Co.,    Attn: Ana Kalinisan,    P.O. Box 769,
             Orange, CA 92856-6769
8813228     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8778746    +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
8830773    +CBSJ Financial Corp.,    299 Stockton Ave.,    San Jose, CA 95126-2763
8778749    +Charter Communications,    8120 Camino Arroyo,    Gilroy, CA 95020-7304
8778750    +Coast Central CU,    2650 Harrison Ave.,    Eureka, CA 95501-3259
8778751    +County of Santa Clara - Libraries,    14600 Winchester Blvd.,    Los Gatos, CA 95032-1800
8778752    +Credit Consulting Services,    P.O. Box 5879,    Salinas, CA 93915-5879
8778753    +Enhanced Recovery Corp.,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
8859360    +Er Solutions,    POB 9004,    Renton WA 98057-9004
8859519     Household Finance Coproration,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
             Newark NJ 07193-5480
8778757    +IC Systems,    P.O. Box 64887,    Saint Paul, MN 55164-0887
8853015     JPMorgan Chase Bank, N.A.,    Chase Auto Finance,    P.O. Box 901032,    Fort Worth, TX 76101-2032
8778759    +Key Bank,    127 Public Square,    Cleveland, OH 44114-1221
8822906     Keybank National Association,    PO Box 94968,    Cleveland, OH 44101-4968
8778761    +LOWE'S,    P.O. Box 530914,    Atlanta, GA 30353-0914
8794128    +PFS Mortgage,    3150 Almaden Exp #108-A,    San Jose, CA 95118-1217
8794941    +Portfolio Recovery Associates, LLC.,    POB 41067,    NORFOLK VA 23541-1067
8778768    +RMS,    300 Arboretum Pl.,    Richmond, VA 23236-3475
8778769    +St. Louise Regional Hospital,    P.O. Box 61000 - LOC 73767,    San Francisco, CA 94161-0001
8778770    +Town and Country,    505 City parkway West #200,    Orange, CA 92868-2955
8778771    +Vision Financial Corp.,    P.O. Box 900,    Purchase, NY 10577-0900
8778772    +Washington Mutual Card Services,    P.O. Box 660487,    Dallas, TX 75266-0487
8823646    +Wells Fargo Bank,    Business Direct Division - BK Dept,    MAC S4101-050,    P O Box 53476,
             Phoenix AZ 85072-3476
8785913    +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
             Des Moines, IA 50306-9210
8778773     +Wells Fargo Business Card - Pmt Rem. Ctr,    P.O. Box 54349,    Los Angeles, CA 90054-0349
8778774     +Wells Fargo Card Services,    P.O. Box 30086,    Los Angeles, CA 90030-0086
```

The following entities were served by electronic transmission on Dec 12, 2007.
```
smg         EDI: CALTAX.COM Dec 12 2007 03:39:00      CA Franchise Tax Board,    Attn: Special Procedures,
             P.O. Box 2952,    Sacramento, CA 95812-2952
8778744    +EDI: AMEREXPR.COM Dec 12 2007 03:39:00      American Express,    Box 0001,
             Los Angeles, CA 90096-8000
8778746    +EDI: BANKAMER2.COM Dec 12 2007 03:39:00      Bank of America,    P.O. Box 15726,
             Wilmington, DE 19886-5726
8778745    +EDI: BANKAMER.COM Dec 12 2007 03:39:00      Bank of America,    P.O. Box 30610,
             Los Angeles, CA 90030-0610
8814180     EDI: BANKAMER.COM Dec 12 2007 03:39:00      Bank of America, N.A.,    PO Box 26012,    NC4-105-03-14,
             Greensboro, NC 27420-6012
8787576    +EDI: CAPITALONE.COM Dec 12 2007 03:39:00      Capital One,    C/O Tsys Debt Mgmt.,    PO Box 5155,
             Norcross, GA 30091-5155
8778748    +EDI: CAPITALONE.COM Dec 12 2007 03:39:00      Capital One,    P.O. Box 26094,
             Richmond, VA 23260-6094
8848346    +EDI: BANKAMER.COM Dec 12 2007 03:39:00      FIA Card Services, N.A.,    Bank of America, N.A.,
             Attn. Mr BK,    1000 Samoset Dr.,    DE-5-023-03,    Newark, DE 19713-6000
8778754     EDI: CALTAX.COM Dec 12 2007 03:39:00      Franchise Tax Board,    P.O. Box 2952,
             Sacramento, CA 95812-2952
8792891    +EDI: RMSC.COM Dec 12 2007 03:39:00      GE Consumer Finance,    PO Box 960061,
             Orlando, FL 32896-0061
8778755    +EDI: RMSC.COM Dec 12 2007 03:39:00      GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
8778756    +EDI: HFC.COM Dec 12 2007 03:39:00      HFC,    P.O. Box 60101,    City Of Industry, CA 91716-0101
8778758     EDI: IRS.COM Dec 12 2007 03:39:00      Internal Revenue Service,    P.O. Box 21126 Stop N781,
             Philadelphia, PA 19114
8876756     EDI: RESURGENT.COM Dec 12 2007 03:39:00      LVNV Funding LLC its successors and assigns as,
             assignee of Washington Mutual,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
8778762    +EDI: RMSC.COM Dec 12 2007 03:39:00      Mervyns,    P.O. Box 960013,    Orlando, FL 32896-0013
8778763    +EDI: RMSC.COM Dec 12 2007 03:39:00      Old Navy,    P.O. Box 530942,    Atlanta, GA 30353-0942
8778766    +EDI: HFC.COM Dec 12 2007 03:39:00      Retail Services,    P.O. Box 60107,
             City Of Industry, CA 91716-0107
8823646    +EDI: WFFC.COM Dec 12 2007 03:39:00      Wells Fargo Bank,    Business Direct Division - BK Dept,
             MAC S4101-050,    P O Box 53476,    Phoenix AZ 85072-3476
8785913    +EDI: WFFC.COM Dec 12 2007 03:39:00      Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,
             Recovery Department,    P.O. Box 9210,    Des Moines, IA 50306-9210
8778774    +EDI: WFFC.COM Dec 12 2007 03:39:00      Wells Fargo Card Services,    P.O. Box 30086,
             Los Angeles, CA 90030-0086
```

```
District/off: 0971-5           User: jdustin             Page 2 of 2              Date Rcvd: Dec 11, 2007
Case: 07-51484                 Form ID: DOC              Total Served: 56
```

The following entities were served by electronic transmission (continued)
```
8917683      EDI: ECAST.COM Dec 12 2007 03:39:00      eCAST Settlement Corporation,   POB 35480,
             Newark NJ 07193-5480
8874144      EDI: ECAST.COM Dec 12 2007 03:39:00      eCAST Settlement Corporation,
             Assignee of Household Bank,   P.O. Box 7247-6971,   Philadelphia, PA 19170-6971
8857318      EDI: ECAST.COM Dec 12 2007 03:39:00      eCAST Settlement Corporation assignee of,
             GE Money Bank/MERVYNS,   POB 35480,   Newark NJ 07193-5480
8857319      EDI: ECAST.COM Dec 12 2007 03:39:00      eCAST Settlement Corporation assignee of,
             GE Money Bank/Lowes Consumer,   POB 35480,   Newark NJ 07193-5480
8857317      EDI: ECAST.COM Dec 12 2007 03:39:00      eCAST Settlement Corporation assignee of,
             GE Money Bank/Old Navy,   POB 35480,   Newark NJ 07193-5480
                                                                                           TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           JP Morgan Chase Bank, N.A.
8778764      PFS
8778765      PFS Mortgage
cr*          eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
8778743*    +AMC Mortgage,   P,.O. Box 5926,   Carol Stream, IL 60197-5926
8778747*    +Bank of America,   P.O. Box 30610,   Los Angeles, CA 90030-0610
8778760*    +Key Bank,   127 Public Square,   Cleveland, OH 44114-1221
8778767*    +Retail Services,   P.O. Box 60107,   City Of Industry, CA 91716-0107
                                                                                     TOTALS: 3, * 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2007**               **Signature:** _Joseph Speetjens_